

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-18-00421-CV
_____

IN RE CHRISTOPHER C. BRANTLEY, RELATOR

Original Proceeding
Arising From Proceedings Before the 140th District Court
Lubbock County, Texas
Trial Court No. 2013-437,916; Honorable Jim Bob Darnell, Presiding

January 15, 2019

## MEMORANDUM OPINION

### Before CAMPBELL and PIRTLE and PARKER, JJ.

On November 27, 2018, Christopher C. Brantley, a Texas inmate proceeding *pro se,* filed a petition for writ of mandamus seeking to compel the Honorable Jim Bob Darnell, Judge of the 140th District Court of Lubbock County, to respond to his motion for an inquiry into whether he was illegally indicted. By letter on November 30, this court advised Brantley that the required filing fee of $155 did not accompany the filing of his petition. We directed him to pay the required filing fee or, in lieu thereof, to comply with chapter 14

of the Texas Civil Practice and Remedies Code by filing a statement of inability to afford payment of court costs, a separate affidavit relating to his previous filings, and a certified copy of his inmate trust account statement. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 14.002(a), 14.004 (West 2017). We further advised that if he did not comply by December 10, this proceeding was subject to dismissal without further notice.

On December 12, we granted Brantley an extension to January 9, 2019, to file a response. Brantley has since filed an affidavit of indigence and a certified copy of his inmate trust account statement. However, to date, Brantley has not filed an affidavit or declaration describing his previous filings. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 14.004(a), (b) (requiring an affidavit or a declaration stating the operative facts, case name, cause number, court, parties named, and the result of each action previously brought).

Unless a party is excused from paying a filing fee, the clerk of this court is required to collect filing fees set by statute or the Supreme Court when an item is presented for filing. *See* TEX. R. APP. P. 5, 12.1(b). An inmate who files an affidavit or declaration of inability to pay costs in an appeal or original proceeding must also comply with chapter 14 of the Texas Civil Practice and Remedies Code. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 14.002(a). An inmate's failure to comply with chapter 14 is grounds for dismissal of the appeal or original proceeding. *See In re Johnson*, No. 07-16-00354-CV, 2016 Tex. App. LEXIS 11841, at *2 (Tex. App.—Amarillo Nov. 1, 2016, orig. proceeding) (per curiam) (mem. op.) (dismissing inmate's petition for writ of mandamus for failure to pay the filing fee or submit the materials required to proceed under chapter 14).

Because Brantley has failed to pay the filing fee or comply with chapter 14 of the Texas Civil Practice and Remedies Code within the time provided by this court for compliance, we dismiss this original proceeding.

Per Curiam